NAME Glenda E. Johnson

ADDRESS 11404 So. 5825 West

Payson, Ut 84651

Phone # 801-372-4838

Email address glendaejohnson@hotmail.com

Plaintiff

FILED
U.S. DISTRICT COURT

2020 FEB 12 P 2: 34

DISTRICT OF UTAH

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF UTAH

NAME, GLENDA E. JOHNSON

Plaintiff,

vs.

INTERNAL REVENUE SERVICE, US DEPARTMENT OF JUSTICE, agencies of the United States, and DAVID NUFFER, an individual,

Defendants.

**VERIFIED COMPLAINT FOR DAMAGES AND INJUNCTION**

Case: 2:20-cv-00090
Assigned To : Romero, Cecilia M.
Assign. Date : 2/12/2020
Description: Johnson v. IRS, et al

Plaintiff, Glenda E Johnson, Pro Se Plaintiff, complains upon penalty of perjury of Defendants as follows:

## JURISDICTION AND VENUE

1. Plaintiff, Glenda E. Johnson (APlaintiff@), is an individual residing in Utah County whose constitutional rights have been abridged by the Defendants acting in concert with one another to deprive her of her rights and to injure him.

2. Defendant, Internal Revenue Service (AIRS@), is an agency of the United States government, acting unlawfully and with the intent to injure Plaintiff and to deprive him of property and of his constitutional rights.

3. Defendant, United States Department of Justice ("DOJ"), is an agency of the United States government, acting unlawfully and with the intent to injure Plaintiff and to deprive him of property and of his constitutional rights.

4. This Court has jurisdiction in this matter in accordance with 28 U.S.C. §§ 1340 and 1345.

5. Venue is properly laid with this Court pursuant to 28 U.S.C. § 1391 in that the cause of action arose in Utah and the Defendants have caused tortious injury in New Mexico.

6. This court has jurisdiction in this matter in accordance with United Nations Convention Anti Corruption treaty signed by United States 9 Dec 2003

## **GENERAL ALLEGATIONS**

2

7.  Plaintiff incorporates by reference the allegations contained in the prior paragraphs 1 through 5 as though set forth herein.

8.  Plaintiff was injured when the DOJ on behalf of the IRS requested to cancel shares in International Automated Systems, Inc. (IAS) after the SEC refused to cancel the shares.

9.  There was no notice or service of process nor any opportunity to be heard afforded to Plaintiff before the US District Court ordered all shares in IAS be canceled.

10. The resulting damage and injury to Plaintiff includes the complete loss of their property, along with the loss of the opportunity to continue to hold an ownership interest in an energy development and R&D company which holds licenses to patented Fresnel lens, patented turbine technology, patented photovoltaic technology and other patents which IAS was licensed to market.

11. The patented lenses concentrate solar heat and achieves temperatures in excess of 1,500° Fahrenheit.

12. To house the Fresnel lenses in an array, to align that array with the sun, and to track the movement of the sun with the array took additional years of research and development to solve environmental issues such as the wind and seasonal locations of the sun.

13. The Fresnel lenses were being sold to the public and the lenses had been and were being used to develop other related products including receivers and heat-transfer systems, all of which were valuable and useful.

14. The Defendants have acted in concert with one another to wrongly impair the rights of the Plaintiff and to abridge the Plaintiff's rights to Due Process and Equal Protection, as more fully set forth below.

15. The government has consistently identified and acknowledged Fresnel lenses as solar equipment, and in the case brought against Plaintiff the government admitted the product sold was a Fresnel lens.

16. These are also violations of the UNCAC treaty. Specifically Article 19, Abuse of Functions,

## FIRST CAUSE OF ACTION

### (Denial of Due Process-Notice)

17. Plaintiff incorporates by reference the allegations contained in the prior paragraphs 1 through 16 as though set forth herein.

18. The Defendants IRS and DOJ did not provide notice and an opportunity to protect their rights to Plaintiff before obtaining an order from Judge David Nuffer canceling the shares in IAS, including the property/shares owned by Plaintiff.

19. Plaintiff was not a party to that litigation, however, Judge David Nuffer, the IRS and a court appointed receiver in that case acted to destroy the property of Plaintiff in case number Civil No. 2:15-cv-00828-DN in the United States District Court for the District of Utah.

39.     The Judgment in Civil No. 2:15-cv-00828-DN violates the Plaintiff's rights under the 14th Amendment of the US Constitution, and Plaintiff is entitled to a declaration that the judgment in that case should be set aside.

**Prayer for Relief**

WHEREFORE, Plaintiff prays for judgment against Defendants as follows:

1.      For an injunction prohibiting Defendants from proceeding further against Plaintiff in Civil No. 2:15-cv-00828-DN until a decision has been made about his Constitutional rights to Due Process and Equal Protection under the law.

2.      For a declaration that the judgment in Civil No. 2:15-cv-00828-DN is void and of no effect.

2.      For all costs and losses incurred as a result of the actions of the Defendants.

3.      For an award of attorney fees.

4.      I ask the court to apply any applicable law derived from UNCAC.   This would include criminal investigation.

5.      For such other and further relief as the Court may deem just and equitable in the premises.

8

# Demand for Jury Trial

DATED this 12 day of February, 2020.

Glenda E. Johnson

*Glenda E. Johnson*
Glenda E. Johnson, Pro Se

NAME Glenda E. Johnson

ADDRESS 11404 So 5825 West

Payson, Utah 84651

Phone # 801-372-4838

Email address glendaejohnson@hotmail.com

Plaintiff

---

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF** UTAH

9