AO 450 (Rev.5/85) Judgment in a Civil Case

# United States District Court

District of Utah

| | |
|---|---|
| Glenda A. Johnson, | |
| Plaintiff | **JUDGMENT IN A CIVIL CASE** |
| v. | |
| Internal Revenue Service, Department of Justice, and David Nuffer, individually, | Case Number: 2:20-cv-90 |
| Defendants. | |

IT IS ORDERED AND ADJUDGED

That Plaintiff's action against Defendants is dismissed without prejudice.

February 16, 2021                                BY THE COURT:
_____
*Date*
                                                          _____
                                                          Howard C. Nielson, Jr.
                                                          United States District Judge